IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRANDON JEROD SMITH, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00105 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EARL BARKSDALE, et al., | ) | By: Michael F. Urbanski |
|     Defendants. | ) | United States District Judge |

Plaintiff Brandon Jerod Smith has filed a motion for a preliminary injunction (Docket No. 8). Upon consideration of the motion, it is hereby **ORDERED** that the motion is **TAKEN UNDER ADVISEMENT** and the Warden of Red Onion State Prison is **DIRECTED** to respond to the motion within seven days from the entry of this order.

The Clerk is directed to send copies of this order to the plaintiff and to the Warden of Red Onion State Prison.

        Entered: May 4, 2015

        /s/ Michael F. Urbanski

        Michael F. Urbanski
        United States District Judge