CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 1 7 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRANDON JEROD SMITH, | ) | |
| Plaintiff, | ) | Civil Action No. 7:15-cv-00105 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| EARL R. BARKSDALE, et al., | ) | Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

By Order entered July 2, 2015, the court directed Plaintiff to pay the outstanding filing fee or to otherwise respond within ten days based on information in the record that he had been released from incarceration.[1] Plaintiff was advised that a failure to respond would result in the dismissal of the action without prejudice. More than ten days have elapsed, and Plaintiff has failed to respond. Accordingly, the court dismisses the complaint without prejudice.

ENTER: This 17th day of July, 2015.

/s/ Michael F. Urbanski
United States District Judge

---

[1] The Order was mailed to Plaintiff at his address of record at the Red Onion State Prison on the same day.