CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 17 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRANDON JEROD SMITH | ) | |
| Plaintiff, | ) | Civil Action No. 7:15-cv-00105 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EARL R. BARKSDALE, et al., | ) | Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** and the action is **STRICKEN** from the active docket.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 17th day of July, 2015.

/s/ Michael F. Urbanski
United States District Judge